COLTEC INDUSTRIES, INC.,
petitioner, v. UNITED
STATES.
No. 06–659.
Feb. 20, 2007.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.